IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

James Michael Howard
[Enter the full name of the plaintiff in this action]

Civil Action No. 8:16-CV-518-DCH-JDA
(to be assigned by Clerk)

v.

Rec officer Mr Chance
Unit Manager Mr Rose
Mr Larins

COMPLAINT
State Prisoner
James M Howard

Enter above the full name of defendant(s) in this action

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes ✓   No ___

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: Me

   Defendant(s): Ofc Walters Mr Rose Dana Smith

2. Court: ~~[scribbled out]~~
   (If federal court, name the district; if state court, name the county)

3. Docket Number: ~~[scribbled]~~ 8:15-cv-02179-DCN-JDA

4. Name(s) of Judge(s) to whom case was assigned: Jacquelyn D Austin

5. Disposition: Pending
   (For example, was the case dismissed? Appealed? Pending?)

6. Approximate date of filing lawsuit: April 28, 2015

7. Approximate date of disposition: ~~[scribbled out]~~

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT  Kirkland Correctional Institution

A. Name of Prison/Jail/Institution: ~~Columbia Regional Care Center~~

B. What are the issues that you are attempting to litigate in the above-captioned case? Filating my Right to 1 HR of Rec A Day and Cell and an a-saw)

C. (1) Is there a prisoner grievance procedure in this institution?  Yes ✓  No ___

(2) Did you file a grievance concerning the claims you are raising in this matter?  Yes ✓  No ~~✗~~
When Attepted by Bob Shell  Grievance Number (if available) Patient Advocat

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?  Yes ___  No ✓

E. When was the final agency/departmental/institutional answer or determination received by you? ___

If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?  Yes ___  No ___

G. If your answer is YES:

1. What steps did you take? ___
2. What was the result? ___

III. PARTIES

In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: James Howard    Inmate No.: 307611
Address: ~~Columbia Regional Care Center~~ ~~Faser Road~~ Columbia SC 29210

In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.

B. Name of Defendant: Rec ofc Chance   Position: Rec ofc
Place of Employment: Columbia Regional care center

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):
Mr. Rose  Columbia Regional Care center
Mr Larins Columbia Regional Care Center

Complaint - State Prisoner
Revised May 9, 2013

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Sorry I can not read or writ or spell good. on 5/10/15 I Filled A Grievance Form at Columbia Regional care center. becouse they have not gave me Rec for the past 10 Days by Law I'm required 1 Hour A day. I was not asked if I walted Rec at all. And CRCC only gives Lock up patient 30 minents of Rec A Day munday throw Friday. By Law say we are intiteld 1 Hour A day. avery Time thay give me or eny other patient that in Lock up Rec Thay put us in Hand cuffs Behand are Bock. Cant get Rec Like that. And That is vary crol and Panfull. And By law I do not have to do A Grievance if it's A Insodend That happend over and over Like A on going Sechawasin But I did Fell A Grievance on 5/10/15. And CRCC is still doing Rec Like that.

Complaint - State Prisoner
Revised May 9, 2013

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I Hand no Rec for 10 Days And when I do get Rec my Hend are Behand my Bock and the cuffs make my Hends go num. And it cats in to my rests. I have pan in my rest still till this day from the cuffs cating in to my rest.

Law Suit is agest Columbia Regional corc center I am Suing for $2,000,000.00 for pain and Suffering from inyeres mentill augreish, fear for my Safty, I have Future incodent thoats that it my happing agian.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 4 day of March, 20 16.

James Barnel.
Signature of Plaintiff

Complaint - State Prisoner
Revised May 9, 2013